## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL PISNOY, Derivatively on Behalf of SONUS NETWORKS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 04-10576-DPW |
| HASSAN M. AHMED, RUBIN GRUBER, EDWARD T. ANDERSON, PAUL J. FERRI, ALBERT A. NOTINI, PAUL J. SEVERINO, PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA and STEPHEN J. NILL, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants, | ) |
| -and- | ) |
| SONUS NETWORKS, INC., A Delaware Corporation, | ) |
| Nominal Defendant. | ) |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendants Edward T. Anderson, Paul J. Ferri, Albert A. Notini, Paul J. Severino and Nominal Defendant Sonus Networks, Inc.

- 2 -

Respectfully Submitted,

                    EDWARD T. ANDERSON, PAUL J. FERRI,
                    ALBERT A. NOTINI, PAUL J. SEVERINO, and
                    SONUS NETWORKS, INC.

                    By their attorneys,

                    /s/ Gregory F. Noonan_____
                    Jeffrey B. Rudman (BBO #433380)
                    James W. Prendergast (BBO #553073)
                    Daniel W. Halston (BBO #548692)
                    Gregory F. Noonan (BBO #651035)
                    Hale and Dorr LLP
                    60 State Street
                    Boston, MA 02109
                    (617) 526-6000

Dated: April 15, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Michael K. Mattchen | Paul T. Warner |
| Edward T. Dangel, III | Reich & Binstock, LLP |
| Dangel & Mattchen, LLP | 4265 San Felipe, Suite 1000 |
| 10 Derne Street | Houston, TX 77027 |
| Boston, MA 02114 | |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: April 15, 2004