UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL PISNOY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. ) 04-CV-10576 DPW |
| HASSAN M. AHMED et al., | ) ) |
| Defendants, | ) ) |
| -and- | ) ) |
| SONUS NETWORKS, INC., | ) ) |
| Nominal Defendant. | ) |

## UNOPPOSED MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned counsel, Michael K. Mattchen, hereby moves that this Court enter an Order granting leave to Paul T. Warner, of the law firm Reich & Binstock, LLP, to appear *pro hac vice* on behalf of plaintiff Michael Pisnoy, and to permit him to practice before this Court in the above-entitled action.

As grounds for its motion, the undersigned represents and certifies as follows:

1. Paul T. Warner is a member in good standing of the bar of the State of Texas, the United States District Courts for the Southern, Northern, Eastern and Western Districts of Texas, and the United States Court of Appeals for the Fifth Circuit.

2. There are no disciplinary proceedings pending against Paul T. Warner as a member of the bar in any jurisdiction.

3. Paul T. Warner has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. A proposed Order is attached as Exhibit A.

WHEREFORE, plaintiff Michael Pisnoy requests that this Court admit Paul T. Warner, Esq. *pro hac vice,* pursuant to Local Rule 83.5.3 (b).

Dated: May __6__, 2004

Respectfully Submitted,
Michael Pisnoy,
Plaintiff,

By his attorney,

*/s/ Michael K. Mattchen*

Michael K. Mattchen
Edward T. Dangel, III
DANGEL & MATTCHEN, LLP.
10 Derne St.
Boston, MA 02114
Telephone: (617) 557-4800
Facsimile: (617) 557-4827

*/s/ Paul T. Warner*

Paul T. Warner
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

## CERTIFICATE OF CONFERENCE

On May 5, 2004 I spoke with Joanne L. Monteavaro of the firm Hale & Dorr, LLP concerning the foregoing motion, and she confirmed that the defendants are unopposed to the motion.

_____
Paul T. Warner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of May, 2004, a true copy of the foregoing Motion of Plaintiff for Admission Pro Hac Vice, was served by mail, postage prepaid on all defense counsel of record.

_____
Michael K. Mattchen

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL PISNOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 04-CV-1576DPW |
| HASSAN M. AHMED et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| SONUS NETWORKS, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

### ORDER REGARDING
### PLAINTIFF'S MOTION FOR ADMISSION
### PRO HAC VICE

THIS MATTER having come before the Court on the motion of plaintiff, pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, for admission of Attorney Paul T. Warner, Esq. of the law firm Reich & Binstock, LLP, and after consideration of the moving papers there being no opposition thereto,

IT IS this _____ day of May, 2004

ORDERED that Paul T. Warner is permitted to participate in this matter *pro hac vice* on behalf of plaintiff Michael Pisnoy.

By the Court:

Dated: May _____, 2004

_____
(Douglas P. Woodlock)