UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| MICHAEL PISNOY, Derivatively on Behalf of SONUS NETWORKS, INC.  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>HASSAN M. AHMED, RUBIN GRUBER, EDWARDS T. ANDERSON, PAUL J. FERRI, ALBERT A. NOTINI, PAUL J. SEVERINO, PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, and STEVEN J. NILL,  )<br>)<br>Defendants,  )<br>)<br>-and-  )<br>)<br>SONUS NETWORKS, INC., a Delaware Corporation.  )<br>)<br>Nominal Defendant.  )<br>) | Civil Action No. 04-10576DPW<br>DERIVATIVE ACTION |

---

### ENTRY OF APPEARANCE

The undersigned, Mary Patricia Cormier, hereby enters her appearance as counsel for the Defendants, Rubin Gruber, Paul R. Jones, Edward N. Harris and J. Michael O'Hara in the above-captioned action.

By their attorneys

*/s/ Mary Patricia Cormier*
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. 617-439-4444
Fax. 617-439-4170

BOS_444962_1/MCORMIER

## CERTIFICATE OF SERVICE

I, Mary Patricia Cormier, certify that on 13th day of May, 2004, I caused a copy of the foregoing document to be served via first-class mail postage pre-paid upon Plaintiff's counsel, Paul Warner, Reich & Binstock, LLP, 4265 San Felipe, Suite 1000, Houston, Texas 77027.

_____
Mary Patricia Cormier