## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL PISNOY, Derivatively on Behalf of SONUS NETWORKS, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 04-10576-DPW ) |
| HASSAN M. AHMED, RUBIN GRUBER, EDWARD T. ANDERSON, PAUL J. FERRI, ALBERT A. NOTINI, PAUL J. SEVERINO, PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA and STEPHEN J. NILL, | ) ) ) ) ) ) ) |
| Defendants, | ) ) ) |
| -and- | ) ) |
| SONUS NETWORKS, INC., A Delaware Corporation, | ) ) ) |
| Nominal Defendant. | ) ) |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

        Respectfully Submitted,

        WILMER CUTLER PICKERING HALE and DORR LLP

        /s/_Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

*Attorneys for Nominal Defendant Sonus Networks, Inc. and Defendants Edward T. Anderson, Albert A. Notini, Paul J. Ferri and Paul J. Severino*

Dated: June 1, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Michael K. Mattchen<br>Edward T. Dangel, III<br>Dangel & Mattchen, LLP<br>10 Derne Street<br>Boston, MA 02114 | Paul T. Warner<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel: (617) 573-4800<br>Fax: (617) 573-4822 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 248-5000<br>Fax: (617) 248-4000 |
| John D. Hughes (BBO #243660)<br>Edwards & Angell LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>Tel: (617) 439-4444<br>Fax: (617) 439-4170 | |

          /s/ Gregory F. Noonan_____
          Gregory F. Noonan

Dated: June 1, 2004